DUDLEY v. DUDLEY. (No. 7347.) (Supreme Court, Appellate Division, First Department. May 14, 1915.) Appeal from Special

Term, New York County. Action by Marie Dudley against Edward Dudley. From an order granting defendant's motion to dismiss the action and to vacate all proceedings, plaintiff appeals. Reversed, and motion denied. Lemuel Skidmore, Jr., of New York City, for appellant. Alfred Beekmann, of New York City, for respondent.

PER CURIAM. It is clear that the court has jurisdiction of the cause of action, and nothing appears to justify the court in refusing to continue jurisdiction. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. Order filed.